IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID BENNETT,

   Plaintiff,

 v.

O. TRAN; KRISTEN CARTER,

   Defendants.

            /

No. C 13-3260 WHA (PR)

**JUDGMENT**

 Pursuant to the order of dismissal, judgment is entered in favor of defendants. Plaintiff shall take nothing by way of his complaint.

 **IT IS SO ORDERED.**

Dated: July __25__, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE